# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA ESTRADA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No.  1:16-cv-00497-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT AN APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR PAY THE FILING FEE WITHIN THIRTY DAYS |

　　　　Plaintiff Sylvia Estrada, proceeding pro se in this action, filed a complaint on April 8, 2016, appealing the denial of Social Security benefits. Plaintiff did not pay the filing fee in this or file an application to proceed in forma pauperis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

2. No extension of time will be granted without a showing of good cause; and

/ / /

/ / /

1

3. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated:  **April 8, 2016**

UNITED STATES MAGISTRATE JUDGE