# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SYLVIA ESTRADA,**<br><br>      Plaintiff<br><br>      v.<br><br>**COMMISSIONER OF SOCIAL SECURITY,**<br><br>      Defendant | CASE NO. 1:16-CV-0497AWI SAB<br><br>**AMENDED ORDER ON MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**<br><br>(Doc. No. 11) |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security denying certain disability benefits.  The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 302.

On June 29, 2016, the Magistrate Judge filed a Findings and Recommendation ("F&R"). The F&R recommended dismissing this case without prejudice due to a failure to prosecute.  The F&R was served on all parties and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order.  The period for filing objections has now passed, and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b), this Court has conducted a *de novo* review.  Having carefully reviewed the entire file, including the objections, the Court finds that the F&R is supported by the record and proper analysis.  The F&R will be adopted in full.

Accordingly, IT IS HEREBY ORDERED that the F&R issued June 29, 2016 (Doc. No. 11), is ADOPTED IN FULL and this case is DISMISSED <u>without prejudice</u> for failure to prosecute.

IT IS SO ORDERED.

Dated:   August 5, 2016                                         _____
                                                                                       SENIOR  DISTRICT  JUDGE