# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA ESTRADA,  Plaintiff,  v.  COMMISSIONER OF SOCIAL SECURITY,  Defendant. | Case No. 1:16-cv-00497-AWI-SAB  ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION  (ECF No. 11) |

Plaintiff Sylvia Estrada ("Plaintiff"), proceeding pro se, filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act on April 8, 2016. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 29, 2016, the Magistrate Judge filed a findings and recommendations. The findings and recommendations recommended that this action be dismissed without prejudice for Plaintiff's failure to comply with orders of the court and failure to prosecute. The findings and recommendations was served on Plaintiff and contained notice that any objections were to be filed within thirty days from the date of service. On August 5, 2016, an order issued adopting the findings and recommendations and this action was dismissed. On August 25, 2016, Plaintiff

filed a motion for reconsideration.  On August 29, 2016, an order issued vacating the prior order and reopening this action.  Plaintiff was ordered to file objections to the findings and recommendations by September 12, 2016.  Further, the order provided that the Clerk of the Court must be in receipt of the objections by September 12, 2016.  The time to file objections has passed and Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 29, 2016, is ADOPTED IN FULL;
2. This action is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to comply with court orders and failure to prosecute; and
3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  September 15, 2016                         _____
                                                                            SENIOR DISTRICT JUDGE